757 A.2d 360

**PHILADELPHIA GAS WORKS to the Use of the CITY OF PHILADELPHIA, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 22, 2000.

***ORDER***

PER CURIAM:

**AND NOW**, this 22nd day of August, 2000, the order of the Commonwealth Court is hereby affirmed.